# IN THE SUPREME COURT OF PENNSYLVANIA

In the Matter of                    :  No. 18 DB 2016  (No. 25 RST 2016)
                                    :
                                    :
SUSAN SCIAMANNA FOEHL               :  Attorney Registration No.  65801
                                    :
PETITION FOR REINSTATEMENT          :
  FROM INACTIVE STATUS              :  (Philadelphia)

## O R D E R

**PER CURIAM**

    **AND NOW**, this 17th day of March, 2016, the Report and Recommendation of Disciplinary Board Member dated March 8, 2016, is approved and it is ORDERED that Susan Sciamanna Foehl, who has been on Inactive Status, has never been suspended or disbarred, and has demonstrated that she has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth.  The expenses incurred by the Board in the investigation and processing of this matter shall be paid by the Petitioner.